UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>                    Plaintiff,            )<br>                                                          )<br>v.                                                      )<br>                                                          )<br>MARK LAURICO-YENO,                  )<br>                                                          )<br>                    Defendant.         )<br>_____) | Case No. 08mj0783<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

>United States Attorney's Office
>880 Front Street
>San Diego, CA  92101

Dated:  March 14, 2008                     /s/  Erick  L.  Guzman
                                                            ERICK L. GUZMAN
                                                            Federal Defenders
                                                            225 Broadway, Suite 900
                                                            San Diego, CA 92101-5030
                                                            (619) 234-8467  (tel)
                                                            (619) 687-2666  (fax)
                                                            E-mail: erick_guzman@fd.org